AUSA Motsay/4812

AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$1,541,857.19 and any interest accrued held in the Court Registry for the United States District Court for the District of Maryland | Case No. 1:25-mj-00785-JMC<br>✓ FILED  ___ ENTERED<br>___ LOGGED  ___ RECEIVED<br>1:39 pm, Apr 01 2025<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY ____JK____ Deputy |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __Maryland__ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981(a)(1)(C)__ *(describe the property)*:

Property is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(C), 984, and 28 U.S.C. § 2461, as property constituting or traceable to proceeds of 18 U.S.C. §§ 1341 (Mail Fraud), 1343 (Wire Fraud), and 1349 (Conspiracy), in amount of $1,541,857.19 and any interest accrued currently held in the Court Registry for the United States District Court for the District of Maryland, as further described in Attachment A-2.

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Applicant's signature*

Special Agent Justin Williams, IRS CI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: March 26, 2025

*Judge's signature*

City and state: Baltimore, Maryland

J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*