**ATTACHMENT A-2**

I. **FUNDS TO BE SEIZED**

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED
1:43 pm, Apr 01 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____ Deputy

This seizure warrant applies to the following funds deposited in the Court Registry maintained or controlled by the United States District Court for the District of Maryland:

    a.    $1,541,857.19 that was deposited on September 1, 2021 via Check # 20012690, and related to American General policy # 4189952424 insuring the life of JD (Case 1:21-cv-01617-GLR) and any interest accrued on that sum.

28